ware, Lackawanna and Western Railroad Company, Appellant.— Motion denied, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ.

Benjamin F. Jackson, Plaintiff, v. Andrew Egan and Others, Defendants. Albert W. De Long, Respondent; Brooklyn Builders' Supply Company, Appellant.— Motion to dismiss appeal denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ.

Benjamin F. Jackson, Plaintiff, v. Andrew Egan and Others, Defendants. Albert W. De Long, Respondent; Brooklyn Builders' Supply Company, Appellant.— Motion to dismiss appeal denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ.

Benjamin F. Jackson, Plaintiff, v. Andrew Egan and Others, Defendants. Albert W. De Long, Respondent; George Robbins, Appellant.— Motion to dismiss appeal denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ.

James F. Meehan, Respondent, v. Thomas Gill Soap Company, Appellant, Impleaded with Alexander J. Millikin, Defendant.— Motion for reargument denied, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ.

Cord Meyer, Jr., and Others, Respondents, v. David A. McLeod, Appellant.— Motion for reargument denied, with costs.— Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ.

Barbara Obecny, Respondent, v. Kunigunda Goetz, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ.

Eugene Paton, an Infant, by His Guardian ad Litem, Respondent, v. Frederick Roeder and Others, Appellants.— Motion to dismiss appeal denied, without costs. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

Annie Pomeranz and Abraham Prutman, Appellants, v. Louis M. Taylor and the United States Fidelity and Guaranty Company, Respondents.— No merits are shown, and the motion to dismiss the appeal is granted, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ.

The People of the State of New York, Appellant, v. James Butler, Incorporated, Respondent.— Motion for leave to appeal to the Court of Appeals granted, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ.

The People of the State of New York ex rel. Louis B. Boudin, Relator, v. Josiah T. Marean, Respondent.— Motion granted to the extent of resettling order so far as to require return of the fine; in other respects, denied. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ. Order to be resettled before Mr. Justice Jenks.

Harry Scherl, Appellant, v. Herbert L. Flam, as a City Marshal of the City of New York, Respondent.— Motion to dismiss appeal denied, without costs, on condition that the appellant perfect the appeal within five days, and pay the respondent ten dollars costs, case to be placed at the foot of the November calendar; otherwise, motion granted, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ.